Filing # 131060864 E-Filed 07/20/2021 05:52:54 PM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Marisol Roman</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>COSTCO WHOLESALE CORPORATION, a Foreign Profit Cor</u>
Defendant

**II.      AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☒ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☐ over $100,000.00

**III.     TYPE OF CASE**      (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

*Composite Exhibit "A"*

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Mark B Hart      Fla. Bar # 86771
         Attorney or party                (Bar # if attorney)

Mark B Hart             07/20/2021
(type or print name)         Date

Filing # 131060864 E-Filed 07/20/2021 05:52:54 PM

|  |  |
|---|---|
| MARISOL ROMAN, | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| Plaintiff, | CASE NO.: |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation, | |
| Defendant. | |
| _____/ | |

## COMPLAINT FOR DAMAGES

Plaintiff, MARISOL ROMAN, by and through undersigned counsel, sues Defendant, COSTCO WHOLESALE CORPORATION, and alleges as follows:

1. This is an action for damages in excess of $30,000.00 exclusive of costs and interest.

2. At all times material hereto, Plaintiff, MARISOL ROMAN, was and is a citizen of Canada.

3. At all times material hereto, Defendant, COSTCO WHOLESALE CORPORATION, was and is a corporation operating a Costco Wholesale store at the premises located at London Square 13450 SW 120th St, Miami, FL 33186.

4. At all times material, on or about June 26, 2020, while exiting the subject premises, Plaintiff, MARISOL ROMAN, slipped on water caused by a melted bag of ice, and fell causing significant and permanent injuries.

5. The melted bag of ice that caused the Plaintiff's fall constituted a dangerous condition.

1

JIMENEZ, HART, & MAZZITELLI LLP
7700 N. Kendall Drive Suite 505, Miami, FL 33156 · Telephone: (305) 548-8750

6. As a result of the Defendant's failure to properly maintain the subject premises and/or warn of the dangerous condition(s), Plaintiff, MARISOL ROMAN, suffered serious injuries.

## **NEGLIGENCE CLAIM**

7. Plaintiff, MARISOL ROMAN, re-alleges and adopts paragraphs 1-6 as though fully set forth herein and alternatively and/or concurrently state:

8. This dangerous condition was known to the agents and/or employees of Defendant and/or existed for sufficient length of time so that Defendant should have known of said conditions.

9. At all times material, Defendant owed a duty to its invitees, including Plaintiff, MARISOL ROMAN, to exercise reasonable and ordinary care to keep and maintain or operate said premises in a reasonably safe condition and to warn Plaintiff of an unsafe condition upon the premises which the Defendant knew, or in the exercise of reasonable care should have known, of its existence.

10. At all times material, Defendant had actual and/or constructive knowledge that a dangerous condition existed on the said premises.

11. Defendant, through its agents and/or employees acting within the course and scope of their employment, was negligent in one or more of the following ways, but not limited thereto:

   a. in failing to provide proper maintenance and care of its premises;

   b. creating a dangerous condition and/or failing to remedy a dangerous condition which was reasonably known by Defendant, or which in the exercise of reasonable care, should have been known by Defendant;

   c. failing to warn Plaintiff, MARISOL ROMAN, and/or similarly situated persons that a dangerous condition existed;

   d. failing to employ competent and experienced skilled

2

       employees;

  e.    failing to properly train and/or supervise said agents and/or employees in maintaining a safe store within the subject property, in a reasonably safe condition;

  f.    failing to warn Plaintiff, MARISOL ROMAN, about a known dangerous condition;

  g.    failing to otherwise comply with the applicable laws and regulations of the State of Florida;

  h.    failing to otherwise comply with applicable industry standards; and

  i.    Other acts and omissions not yet known.

12.    As a direct and proximate result of Defendant's negligence, Plaintiff, MARISOL ROMAN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, loss of personal property and aggravation of a previously existing condition and all other damages available under Florida law. These losses are either permanent or continuing in nature, and Plaintiff will suffer these losses in the future.

**WHEREFORE**, Plaintiff, MARISOL ROMAN, demands judgment for damages against Defendant in excess of this Court's minimal jurisdictional limits, interest and costs as allowed by law, and demands trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues triable as of right by a jury.

DATED this 20th day of July 2021.

**Jimenez, Hart, & Mazzitelli LLP**
*Attorneys for Plaintiff*
7700 N. Kendall Drive
Suite 505
Miami, FL 33156
Telephone: (305) 548-8750
Fax: (786) 800-3890

_____/s/*Mark B. Hart*_____
Mark B. Hart (FBN: 86771)
Mark@jhmllp.com
GABRIEL D. MAZZITELLI (FBN : 84467)
gabriel@jhmllp.com

Filing # 132551059 E-Filed 08/12/2021 12:52:27 PM

|  |  |
|---|---|
| MARISOL ROMAN, | IN THE CIRCUIT OF THE 11TH JUDICIAL CUIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| Plaintiffs, | CASE NO.: 2021-017588-CA-01 |
| v. | **SUMMONS** |
| COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation, | |
| Defendants. _____ / | |

**THE STATE OF FLORIDA:**
**To Each Sheriff of Said State:**

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request for Production, and Interrogatories to Defendant:

**COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation**
c/o C T CORPORATION SYSTEM as Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

**Each Defendant is required to serve written defenses to the Complaint to Plaintiff's Attorneys:**
**MARK B. HART, ESQ,**
**GABRIEL D. MAZZITELLI, ESQ.**
**JIMENEZ, HART, & MAZZITELLI, LLP**
7700 N. Kendall Drive, Suite 505
Miami, FL 33156
Telephone: (305) 548-8750
Email: service@jhmllp.com

within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day or service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and the seal of the Court on ___8/13/2021___, ___.

By: _____
DEPUTY CLERK

1

2

(COURT SEAL)

**AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Seventeenth Judicial Circuit Court's ADA Coordinator, Diana Sobel, 201 SE 6th Street, Room 20140, Fort Lauderdale, FL 33301, Telephone: (954) 831-7721, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal y ante los abogados del demandate:

**MARK B. HART, ESQ,**
**GABRIEL D. MAZZITELLI, ESQ.**
**JIMENEZ, HART, & MAZZITELLI, LLP**
7700 N. Kendall Drive, Suite 505
Miami, FL 33156
Telephone: (305) 548-8750
Email: service@jhmllp.com

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con el Coordinador de ADA en el Decimoseptimo Distrito Judicial Diana Sobel, 201 SE 6th Street, Room 20140, Fort Lauderdale, FL 33301, Telephone: (954) 831-7721, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause:

**MARK B. HART, ESQ,**
**GABRIEL D. MAZZITELLI, ESQ.**
**JIMENEZ, HART, & MAZZITELLI, LLP**
7700 N. Kendall Drive, Suite 505
Miami, FL 33156
Telephone: (305) 548-8750
Email: service@jhmllp.com

**ACT DE 1990 POUR AMERICAINS HANDICAPES AVIS DE l' ADA**

"Si vous êtes une personne handicapée qui a besoin d'accommodation pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de Dix-septième Circuit Judiciaire, Diana Sobel, 201 SE 6th Street, Room 20140, Fort Lauderdale, FL 33301, Telephone: (954) 831-7721 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a I'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

**MARK B. HART, ESQ,**
**GABRIEL D. MAZZITELLI, ESQ.**
**JIMENEZ, HART, & MAZZITELLI, LLP**
7700 N. Kendall Drive, Suite 505
Miami, FL 33156
Telephone: (305) 548-8750
Email: service@jhmllp.com

**LWA 1990 POU AMERIKEN KI ENFIM ANONS POU AMERIKEN KI ENFIM**

"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribinal Disetyèm Distrik Jidisyè a nan: Diana Sobel, 201 SE 6th Street, Room 20140, Fort Lauderdale, FL 33301, Telephone: (954) 831-7721 omwen 7 jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."

Filing # 132985499 E-Filed 08/19/2021 09:10:26 AM

|  |  |
|---|---|
| MARISOL ROMAN, | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| Plaintiff, | GENERAL JURISDICTION DIVISION |
| v. | CASE NO.: 2021-017588-CA-01 |
| COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation, |  |
| Defendant. _____/ |  |

### PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT, COSTCO WHOLESALE CORPORATION

The Plaintiff, MARISOL ROMAN, by and through her undersigned counsel, gives notice of service of this interrogatory propounded to Defendant, COSTCO WHOLESALE CORPORATION, to be answered, in writing within forty-five (45) days from receipt hereof, in accordance with Rule 1.340, Fla. R. Civ. P.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Serving Interrogatories was served with the Summons and Complaint.

> JIMENEZ, HART & MAZZITELLI, L.L.P.
> *Attorneys for Plaintiff*
> 7700 N. Kendall Drive
> Suite 505
> Miami, FL 33156
> Telephone: (305) 548-8750
> Fax: (786) 800-3890
> /s/ *Mark B. Hart*
> MARK B. HART (FBN: 86771)
> mark@jhmllp.com
> GABRIEL D. MAZZITELLI (FBN: 84467)
> gabriel@jhmllp.com

1

Filing # 132985499 E-Filed 08/19/2021 09:10:26 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MARISOL ROMAN,

    Plaintiff,

v.

CASE NO. 2021-017588-CA-01

COSTCO WHOLESALE CORPORATION,
a Foreign Profit Corporation,

    Defendant.

_____ /

## PLAINTIFF'S REQUEST TO PRODUCE

Plaintiff, MARISOL ROMAN, pursuant to Rule 1.350, Fla. R. Civ. P, requests Defendant, COSTCO WHOLESALE CORPORATION, to produce the items and matters hereinafter set forth within forty-five (45) days from the date of service hereof.

    IT IS REQUESTED THAT ALL COPIES OR ITEMS PRODUCED
    BE LEGIBLE AND PRODUCED VIA E-MAIL, ON CD OR FLASH
    DRIVE.

**NOTE:** Defendant waives the right to use any and all documents, for any purpose, which Defendant objects to production of said documents due to work product, attorney client privilege, irrelevant, over burdensome, harassing, etc. Pursuant to applicable Rules of Civil Procedure, copies of any of the following materials in your care, custody or control are to be timely produced at the offices of counsel for the Plaintiff, along with a written response to this Request indicating what is being produced and a privilege log identifying any materials being withheld from production as privileged or protected.

1. Any and all policies of insurance and indemnity agreements covering the Defendant(s) for liabilities arising out of this action.

2. Any and all statements of the Plaintiff, whether written or recorded.

3. Any and all claims, proof of loss and notices of accident prepared by investigators, adjusters, claims personnel of other agents or employees of the Defendant from information obtained directly from the Plaintiff(s) regarding the incident as alleged in the Complaint filed in this action.

4. Any and all medical records regarding the physical condition of the Plaintiff.

1

5. Any and all written or recorded statement taken from parties of witnesses concerning any issue in this cause.

6. Any and all photographs, video recordings, graphs, charts and other documentary evidence of the scene, parties or vehicles involved in or pertaining to the subject accident, occurrence or issues in this cause which show the scene or location where the alleged incident occurred, was in a proper, usual, customary and safe condition.

7. Any and all contracts or agreements between Defendant and any other person or entity concerning the maintenance of the subject premises.

8. Any and all incident reports, notes, memoranda, correspondence regarding the incident involving the Plaintiff described in the Complaint.

9. Any and all security camera, surveillance and/or other videos for the entire day of the incident described in the Complaint.

10. All photographs, diagrams and other tangible things which depict the Plaintiff, and/or the scene of the subject incident, within your possession or control or known to be in the possession of any other person, and identify the present custodian of all such photographs, diagrams and other tangible things.

11. All employee work schedules for the entire day of the incident described in the Complaint.

12. Any and all employee safety manuals, policies or procedures.

13. Any and all employee training materials, including videotapes.

14. Copies of any and all correspondence received by Defendant, related to the incident described in the complaint.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing Request for Production was served with the Summons and Complaint.

[SIGNATURE BLOCK ON THE FOLLOWING PAGE]

**JIMENEZ, HART & MAZZITELLI, LLP**
*Attorneys for Plaintiff*
7700 N. Kendall Drive
Suite 505
Miami, FL 33156
Telephone: (305) 548-8750
Fax: (786) 800-3890
/s/ *Mark B. Hart*
MARK B. HART (FBN: 86771)
mark@jhmllp.com
GABRIEL D. MAZZITELLI (FBN: 84467)
gabriel@jhmllp.com